**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 3:10cr00033-1** |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **ANTWAN LAMAR JACKSON,** | ) | **By: Norman K. Moon** |
| Petitioner. | ) | **United States District Judge** |

Antwan Lamar Jackson, a federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Upon review of the motion and court records, however, I conclude that the current § 2255 motion must be dismissed as an unauthorized, successive motion.

Jackson challenges his sentence of life plus 120 months for murder and various drug and firearm offenses in connection with a drug distribution conspiracy. Court records indicate that Jackson previously filed a § 2255 motion regarding the same convictions and sentence, which I denied. *See* Docket Nos. 132, 152, and 153. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Jackson has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss the current action without prejudice.[1]

ENTER: This __26th__ day of July, 2016.

*Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Jackson also filed a motion to stay the court's consideration of his § 2255 motion until such time that the United State Court of Appeals for the Fourth Circuit ruled on his motion seeking authorization to file a second or successive § 2255 motion. The Court of Appeals recently denied Jackson's request and, therefore, his motion to stay is now moot. *In re: Antwan Lamar Jackson*, No. 16-9860 (4th Cir. July 21, 2016).